# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| ETHAN WEATHERS, | NO. 4:23-cr-00031-WMR |
| Defendant. | |

## ORDER

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R & R") [Doc. 24], which recommends that Defendant's Motion to Dismiss Indictment [Doc. 15] be DENIED. Defendant has filed an objection to the R & R [Doc. 29].

## I.   STANDARD OF REVIEW

Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the R & R that is the subject of a proper objection on a *de novo* basis and any portion that is not objected to under a "clearly erroneous" standard. A party objecting to an R & R "must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565

F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted).

## II.  DISCUSSION

The indictment in this case charges Defendant with knowingly possessing a firearm after having been committed to a mental institution in violation of 18 U.S.C. § 922(g)(4) (Count I) and possessing a firearm while under indictment for a felony in violation of 18 U.S.C. § 922(n) (Count II). In support of his motion to dismiss the indictment, Defendant argues: (i) that facts show that he had not been "committed" to a mental institution and that he was not under indictment at the time of his possession of the firearm; and (ii) that the statutes underlying the charges are unconstitutional under the Second Amendment.

In a thorough and well-reasoned R & R recommending the denial of the motion, the Magistrate Judge found that Defendant's factual challenges are inappropriate grounds for dismissal of the indictment and that Defendant's constitutional challenges have no merit under Eleventh Circuit and Supreme Court precedent.  In his objection to the R & R, Defendant does not specifically identify the findings in the R & R that he is objecting to.  Rather, Defendant merely states that he "objects to the legal conclusions made in the R&R" and that he "reiterates, relies on, and incorporates by reference his legal arguments in his motion and reply in this matter." [*See* Doc. 29 at 1–2 , ¶¶2–3]. Having conducted a *de novo* review of the arguments presented on the

motion to dismiss, and after considering the applicable legal authority, the Court concludes that the Magistrate's findings and legal conclusions are correct. Thus, Defendant's generalized objection to the R & R is overruled.

### III. CONCLUSION

After considering the findings and legal conclusions of R & R, together with the objection thereto, the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court, which are incorporated herein by reference. Accordingly, it is hereby **ORDERED** that Defendant's Motion to Dismiss Indictment [Doc. 15] is **DENIED**.

IT IS SO ORDERED, this 6th day of June, 2024.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE